**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| REYDEL VAZQUEZ, | Case No. 2:26-cv-00317-ART-EJY |
| Petitioner, | **ORDER GRANTING** |
| v. | **Stipulation for Two-Week Extension of Time for Federal Respondents to File a Response to Petitioner's First Amended Petition (ECF Nos. 11-13)** |
| PAMELA BONDI, *et.al.*, | |
| Respondents. | **FIRST REQUEST** |

Petitioner Reydel Vazquez ("Petitioner"), and Federal Respondents Michael Bernacke, Todd Lyons, Kristi Noem, and Pamela Bondi ("Federal Respondents") (collectively, "the parties"), through respective undersigned counsel, hereby submit this stipulation for an extension of time for Federal Respondents to file a response to Petitioner's First Amended Petition (ECF Nos. 11-13). Federal Respondents' response to the First Amended Petition is currently due on March 20, 2026. *See* ECF No. 3. On March 16, 2026, the parties agreed to a two-week extension until and including April 3, 2026, for Federal Respondents to respond to the Amended Petition, to provide undersigned AUSA with the time necessary to familiarize herself with the pertinent issues in this matter and to properly communicate with the agency as to Petitioner's claims; counsel for Petitioner will not stipulate to any extensions past this initial two-week extension.

This is the first request for an extension of time to respond to the Court's Order. This request is made in good faith and not for the purpose of undue delay.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to Petitioner's First Amended Petition from March 20, 2026, to April 3, 2026.

Respectfully submitted this 16th day of March 2026.

RENE L. VALLADARES
Federal Public Defender

SIGAL CHATTAH
First Assistant United States Attorney

/s/ Ebise Bayisa
EBISE BAYISA
Assistant Federal Public Defender

/s/ Nicole R. Leibow
NICOLE R. LEIBOW
Assistant United States Attorney

*Attorneys for Petitioner*

*Attorneys for Federal Respondents*

**ORDER**

The parties' request to extend the deadline for Federal Respondents to file a response to Petitioner's First Amended Petition from March 20, 2026, to April 3, 2026, is granted *nunc pro tunc*.

_____
Anne R. Traum
United States District Judge

Dated: <u>March 30, 2026</u>

2